IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| COY FISHER AND NATHAN KEY, on behalf of themselves and others similarly situated, | § § § § | |
| *Plaintiffs*, | § § | CIVIL ACTION NO.1:15-CV-00194-P |
| | § | JURY TRIAL DEMANDED |
| v. | § § | |
| BYRD OILFIELD SERVICES, LLC, | § § § | COLLECTIVE ACTION |
| *Defendant.* | § | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiffs Coy Fisher and Nathan Key, AND Defendant Byrd Oilfield Services, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate that this action is dismissed without prejudice, with all parties to bear their own costs and fees.

Dated: April 29, 2016

Respectfully submitted,

BAILEY PEAVY BAILEY COWAN
HECKAMAN PLLC

By: /s/   Robert W. Cowan
Robert W. Cowan
Attorney-in-Charge
TX Bar No. 24031976
440 Louisiana Street, Suite 2100
Houston, Texas 77002
Telephone: (713) 425-7100
Facsimile: (713) 425-7101
rcowan@bpblaw.com

*Attorney for Plaintiffs*

          McMAHON SUROVIK SUTTLE PC

          By: /s/   Kelly Gill
              Kelly Gill
              Attorney-in-Charge
              TX Bar No. 07921350
              Jessica L. Haile
              TX Bar No. 24071580
              400 Pine Street, Suite 800
              Abilene, Texas 79601
              Telephone: (325) 676-9183
              Facsimile: (325) 676-8836
              kgill@mcmahonlawtx.com
              jhaile@mcmahonlawtx.com

          *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on April 29, 2016, I filed the foregoing document with the Clerk of the Court via the CM/ECF system, which provided electronic service to all registered counsel of record, as follows:

Kelly Gill
McMahon Surovik Suttle PC
400 Pine Street, Suite 800
Abilene, Texas 79601

          /s/ Robert W. Cowan
          Robert W. Cowan
          Attorney for Plaintiffs