IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| COY FISHER and NATHAN KEY, on behalf of themselves and others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| BYRD OILFIELD SERVICES, LLC, | ) ) |
| Defendant. | ) Civil Action No. 1:15-CV-194-C |

## ORDER OF DISMISSAL

The Court having considered the Joint Stipulation of Dismissal filed April 29, 2016,

IT IS ORDERED that the above-styled and -numbered civil action is **DISMISSED** without prejudice, with costs taxed against the party incurring same.

Dated this 5th day of May, 2016.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE